# Court of Appeals
# of the State of Georgia

ATLANTA, July 27, 2017

*The Court of Appeals hereby passes the following order:*

**A18E0003. SANDERS v. JORDAN.**

Darlene Sanders's lawsuit against Debra and Jesse L. Jordan was dismissed based on Sanders's failure to perfect personal service on the Jordans within the applicable limitation period. Sanders thereafter moved to set aside the trial court's order of judgment, but the trial court denied that motion. The order denying Sanders's motion to set aside was entered on June 27, 2017, making Sanders's application for discretionary appeal due no later than July 27, 2017. See OCGA § 5-6-35 (a) (8) and (d). Sanders has now moved pursuant to Court of Appeals Rules 31 (i) and 40 (b) for an extension of time in which to file her application for a discretionary appeal. That motion having been read and considered, the same is hereby GRANTED. Sanders shall have until September 1, 2017, to file her application for a discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/27/2017
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*